# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### 5:06cv26-V

| | | |
|---|---|---|
| **TERRY LYNN PENNELL** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **DANE MASTIN, Sheriff of Wilkes** | ) | |
| **County, North Carolina;STEVE CABE;** | ) | |
| **GLENN ANDERSON; and OTHER** | ) | |
| **UNKNOWN EMPLOYEES of the** | ) | |
| **Wilkes County Sheriff's Department** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

   **THIS MATTER** is before the Court on its own motion to continue the trial from the

12 March 2007 trial calendar in the Statesville Division.

   **IT IS, THEREFORE, ORDERED** that this case is hereby continued from the

March 2007 term in the Statesville Division to the next available date in the Statesville

Division.


   _____   Signed: February 15, 2007

*Richard L. Voorhees*

   Richard L. Voorhees
   United States District Judge