# United States District Court
# For The Western District of North Carolina
# Statesville Division

TERRY LYNN PENNELL,

    Plaintiff(s),

vs.

DANE MASTIN, SHERIFF OF WILKES COUNTY, NC; STEVE CABE; GLENN ANDERSON; JOHN DOES,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:06CV26

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 8, 2007, Order.

Signed: May 8, 2007

Frank G. Johns, Clerk
United States District Court